AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Mississippi

| | |
|---|---|
| Nautilus Insurance Company, an Arizona Corporation <br><br> *Plaintiff(s)* <br> v. <br><br> Great American Insurance Company, an Ohio corporation and Dynamic Fire Protection, a Mississippi limited liability company <br><br> *Defendant(s)* | Civil Action No. 1:20cv29-SA-RP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Great American Insurance Company
via C.T. Corporation System of Mississippi
645 Lakeland East Drive, Suite 101
Flowood, MS 39232

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: John M. Futrell
Degan, Blanchard & Nash
400 Poydras Street, Suite 400
New Orleans, LA 70130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

David Crews
*CLERK OF COURT*

Date: 2/18/2020

s/ Jennifer L. Adams
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Mississippi

| | | |
|---|---|---|
| Nautilus Insurance Company, an Arizona corporation | ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No. 1:20cv29-SA-RP |
| Great American Insurance Company, an Ohio corporation, and Dynamic Fire Protection, a Mississippi limited liability company | ) ) ) ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Dynamic Fire Protection, LLC
c/o Amber Lomen
9771 MS Highway 25
Starkville, MS 39759

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: John Futrell
Degan, Blanchard & Nash
400 Poydras Street, Suite 2600
New Orleans, LA 70130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

David Crews
*CLERK OF COURT*

Date: 2/18/2020

s/ Jennifer L. Adams
*Signature of Clerk or Deputy Clerk*