AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Dynamic Fire Protection via Amber Lomen
was received by me on *(date)* 02-24-2020.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Amber Lomen / R.A. , who is
designated by law to accept service of process on behalf of *(name of organization)*
Dynamic Fire Protection on *(date)* 02-29-2020 ; or 1450 Hrs

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 02-29-2020

Server's signature

Jimmy R Taylor / Process Server
Printed name and title

P O Box 720626
Jackson MS 39272
Server's address

Additional information regarding attempted service, etc: